UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>The former ABN AMRO BANK N.V., now known as THE ROYAL BANK OF SCOTLAND N.V.,<br><br>Defendant. | Criminal Action No. 10-124 (CKK)<br><br>**FILED**<br>MAY 10 2010<br>Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |

**ORDER APPROVING DEFERRED PROSECUTION AGREEMENT**
(May 10, 2010)

This 10th day of May, 2010, and following a careful review of the Joint Motion for Approval of Deferred Prosecution Agreement and Exclusion of Time Under the Speedy Trial Act, the written Deferred Prosecution Agreement dated May 10, 2010, the Factual Statement and the Information filed in the matter, and the inquiry on the record in Court on this date, this Court hereby finds that the period of delay as set forth in Paragraph 5 of the written Deferred Prosecution Agreement is for the purpose of allowing Defendant, the former ABN AMRO BANK N.V., now known as The Royal Bank of Scotland N.V., to demonstrate its good conduct and implement its remedial measures. Accordingly, this Court approves the written Deferred Prosecution Agreement. Because the period of delay as set forth in Paragraph 5 of the written Deferred Prosecution Agreement is for the previously stated purpose, which is in the interest of justice, it is hereby

**ORDERED** that such 12-month period under the Speedy Trial Act is EXCLUDED from the computation of time within which trial on the charges set forth in the Information filed in the



matter must commence pursuant to Title 18, United States Code, Sections 3161(h)(2) and (h)(7), as the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial. All further criminal proceedings are accordingly continued.

**SO ORDERED.**

Date: May 10, 2010

_____
**COLLEEN KOLLAR-KOTELLY**
United States District Judge