UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 10-124 (CKK) |
| : | |
| The former ABN AMRO BANK N.V., : | |
| now known as : | |
| THE ROYAL BANK OF SCOTLAND N.V., : | |
| : | |
| Defendant. : | |

ORDER

Presently pending before this Court is the Government's December 20, 2011 Motion to Dismiss Criminal Information With Prejudice in the above-captioned case filed pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. Having carefully considered this request, it is hereby:

**ORDERED** that the Government's Motion is granted and the Criminal Information in the above-captioned case is hereby dismissed with prejudice.

**DONE AND ORDERED** in chambers in Washington, D.C., on December 20, 2011.

_____
JUDGE COLLEN KOLLAR-KOTELLY
UNITED STATES DISTRICT COURT JUDGE